ERIC GRANT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
Aug 04, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SHANE WOODSON,<br>Defendant. | CASE NO. 2:26-CR-00135-DC<br>[PROPOSED] ORDER UNSEALING CRIMINAL CASE |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the docket in the above-captioned matter be, and is, unsealed.

Dated: August 4, 2026

THE HONORABLE SEAN C. RIORDAN
United States Magistrate Judge