UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 28, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHANE WOODSON,

Defendant.

Case No. 2:26-cr-00135-DC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release SHANE WOODSON, Case No. 2:26-cr-00135-DC, Charge 18 USC § 2252(a)(2), from custody for the following reasons:

X Release on Personal Recognizance

___ Bail Posted in the Sum of $ ___

___ Unsecured Appearance Bond $ ___

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

X (Other): The defendants' release is delayed until 08/31/2026 at 8:30 AM.

Issued at Sacramento, California on August 28, 2026 at 3:00 PM.

By: [signature] Allison Claire

Magistrate Judge Allison Claire